Xavier R. Donaldson
Anthony S. Chilliest

*Member NY & NJ Bars

**DONALDSON & CHILLIEST, LLP**
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone: (212) 722-4900
Facsimile: (212) 722-4966

Ozro Thaddeus Wells
Paula Brown Donaldson
Jaye Ballards
Jason Foy*
Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 27 2020

January 27, 2020

**VIA ECF**
Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**
The status conference scheduled for January 28, 2020 is adjourned to February 18, 2020 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *United States of America v. Ronald Godbold*
17 Cr 674 (GBD)

Your Honor,

As the Court is aware, I represent the defendant in the above-captioned matter. Presently, Mr. Godbold is scheduled for a conference tomorrow January 28, 2020. With the consent of the Government and the Probation Department, we are respectfully requesting a three (3) week adjournment of said conference. We make this request to allow us time to conduct some investigation into this matter and also to allow counsel to finish preparing for a federal trial in this District.

Thank you in advance for your consideration.

Sincerely,

DONALDSON & CHILLIEST, LLP

Xavier R. Donaldson, Esq.