USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 26 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

RONALD GODBOLD,

Defendant.
------------------------------------------------------------x

ORDER

17 Cr. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 21, 2020 hearing is adjourned to June 23, 2020 at 10:00 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge