UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RONALD GODBOLD,

                                Defendant.

------------------------------------------x

ORDER

17 Cr. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

The August 25, 2020 hearing is adjourned to September 15, 2020 at 10:00 a.m.

Dated: New York, New York
       August 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

