

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 3 0 2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ronald Godbold*, 17 Cr. 674 (GBD)

**SO ORDERED:**

*[signature]*
George B. Daniels, U.S.D.J.

Dated: SEP 3 0 2020

Dear Judge Daniels:

The Government writes to respectfully request a bail modification for the defendant in the above-captioned matter. As the Court recalls, on July 15, 2020, this Court modified the defendant's conditions of supervised release to require home confinement enforced by location monitoring until the pending violations of supervised release specifications were resolved; further, at the September 29, 2020 status conference, this Court ordered that the defendant attend an inpatient drug treatment program, and continued the defendant's modified release conditions.

On September 30, 2020, Probation informed the Government that the defendant has been accepted into an inpatient drug treatment program and is anticipated to report to the facility on October 1, 2020 at 9 AM; consequently, Probation has requested that the Court modify the defendant's supervised release conditions to suspend location monitoring while he is receiving inpatient drug treatment. Such a modification would permit Probation to remove the defendant's location monitoring bracelet before his admittance into the treatment program, and to restore location monitoring once the defendant has been discharged from the treatment facility.

Wherefore, the Government respectfully requests that the Court so-order this letter modifying the terms of the defendant's supervised release to suspend location monitoring while the defendant is receiving inpatient drug treatment.

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

by:  *[signature]*
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520