UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

RONALD GODBOLD,

                           Defendant.

------------------------------------- x

ORDER

17 Crim. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for February 9, 2021 at 3:00 p.m.

Dated: New York, New York
       February 4, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge