UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RONALD GODBOLD,

                            Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 01 2021

ORDER

17 Crim. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing is adjourned from April 6, 2021 to May 13, 2021 at 10:00 a.m.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge