UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-

RONALD GODBOLD,

                    Defendant.
------------------------------------- x

ORDER

17 Crim. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference is adjourned from June 22, 2021 to July 20, 2021 at 9:30 a.m.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

_George B Daniels_
GEORGE B. DANIELS
United States District Judge