

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St
New York, New York 10007

JUL 19 2021

SO ORDERED
The conference is adjourned from July 20, 2021 to August 3, 2021 at 10:30 a.m.

George B. Daniel
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: *United States* v. *Ronald Godbold*, 17 Cr. 674 (GBD)

Dear Judge Daniels:

The Government writes, with the consent of the defense, for a brief adjournment of the status conference scheduled for July 20, 2021 in the above-captioned matter. Probation has informed the Government that they are unavailable to attend the scheduled conference. The parties anticipate that the defendant will enter a plea at the next proceeding and to request that the Court proceed to sentencing. The parties are available on August 3, 2021, if that date is available for the Court.

Respectfully submitted,

AUDREY STRUASS
United States Attorney for the
Southern District of New York

By: _____
Michael C. McGinnis
Assistant United States Attorney
(212) 637-2305

cc: Xavier Donaldson (by ECF)