**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

RONALD GODBOLD,

                    Defendant.
------------------------------------- x

ORDER

17 Crim. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference is adjourned from August 3, 2021 to August 10, 2021 at 10:00 a.m.

Dated: New York, New York
       July 27, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge