**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

RONALD GODBOLD,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 2 0 2021

ORDER

17 Crim. 674-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The August 24, 2021 conference is rescheduled to August 25, 2021 at 9:30 a.m.

Dated: New York, New York
       August 20, 2021

                           SO ORDERED.

                           GEORGE B. DANIELS
                           United States District Judge