**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

             -against-             :

                                       :          ORDER

RONALD GODBOLD,              :          17-cr-674-04 (GBD)

             Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is set for April 26, 2022 at 10:30am.

Dated: New York, New York
      April 20, 2022

                                  SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge