**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

RONALD GODBOLD,

              Defendant.

------------------------------------- x

ORDER

17-cr-674-04 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for May 5, 2022 is adjourned to May 17, 2022 at 12:30pm.

Dated: New York, New York
       May 4, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE