**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RONALD GODBOLD,

                    Defendant.

------------------------------------x

ORDER

17-cr-674-04 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for June 8, 2022 is adjourned to June 28, 2022 at 10:00am.

Dated: New York, New York
       June 8, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge